Certificate Number: 01401-NYE-CC-032886051



01401-NYE-CC-032886051

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 29, 2019</u>, at <u>10:57</u> o'clock <u>AM EDT</u>, <u>John W Cashman</u> received from <u>GreenPath, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of New York</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  May 29, 2019          By:   /s/Jeremy Lark for Selena Duca

                              Name: Selena Duca

                              Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).

Certificate Number: 01401-NYE-CC-032886052



01401-NYE-CC-032886052

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 29, 2019, at 10:57 o'clock AM EDT, Joann P Cashman received from GreenPath, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of New York, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   May 29, 2019                By:     /s/Jeremy Lark for Selena Duca

                                    Name:   Selena Duca

                                    Title:  Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).